UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEE,

                      Plaintiff,

- against -

MONCLER USA, INC.

                      Defendant.

Docket No. 1:19-cv-11230-GBD

**NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE**

    IT IS HEREBY NOTICED, that the above case should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: December 23, 2019

*Attorneys for Plaintiff Jackson Lee*

SO ORDERED

DEC 3 0 2019

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE